PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        v.<br><br>APPROXIMATELY $879,643.00 IN<br>U.S. CURRENCY,<br><br>ASSORTED MONEY ORDERS VALUED<br>AT $6,000.00 IN U.S. CURRENCY,<br><br>             Defendants. | STIPULATION AND ORDER EXTENDING TIME<br>FOR FILING A COMPLAINT FOR FORFEITURE<br>AND/OR TO OBTAIN AN INDICTMENT<br>ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimants Maria Gonzalez Sanchez and Jose Luis Mendoza Castillo ("claimants"), by and through their respective counsel, as follows:

1.      On or about January 3, 2021 and January 11, 2021, claimants filed claims in the administrative forfeiture proceeding with the Federal Bureau of Investigation with respect to the Approximately $879,643.00 in U.S. Currency and Assorted Money Orders valued at $6,000.00 in U.S. Currency  (hereafter collectively "defendant funds"), which were seized on or about October 1, 2020.

2.      The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimants has

1

filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is April 2, 2021.

4.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to July 1, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to July 1, 2021.

Dated: 3/31/2021                          PHILLIP A. TALBERT
                                          Acting United States Attorney

                                    By:   /s/ Kevin C. Khasigian
                                          KEVIN C. KHASIGIAN
                                          Assistant U.S. Attorney

Dated: 3/30/2021                          /s/ Kenneth Rosenfeld
                                          KENNETH ROSENFELD
                                          Attorney for potential claimant
                                          Maria Gonzalez Sanchez
                                          555 Capitol Mall, Suite 1245
                                          Sacramento, CA 95814

Dated: 3/30/2021                          /s/ Allen N. Sawyer
                                          ALLEN N. SAWYER
                                          Attorney for potential claimant
                                          Jose Luis Mendoza Castillo
                                          4578 Feather River Drive #D
                                          Stockton, CA 95219

                                          (Signatures authorized by phone)

   **IT IS SO ORDERED**.

Dated: _____

                                          _____
                                          United States District Judge
                                          2