'PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-MC-00097-MCE-KJN |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $879,643.00 IN U.S. CURRENCY, | |
| ASSORTED MONEY ORDERS VALUED AT $6,000.00 IN U.S. CURRENCY, | |
| Defendants. | |

   It is hereby stipulated by and between the United States of America and potential claimants Maria Gonzalez Sanchez and Jose Luis Mendoza Castillo ("claimants"), by and through their respective counsel, as follows:

   1. On or about January 3, 2021 and January 11, 2021, claimants filed claims in the administrative forfeiture proceeding with the Federal Bureau of Investigation with respect to the Approximately $879,643.00 in U.S. Currency and Assorted Money Orders valued at $6,000.00 in U.S. Currency  (hereafter collectively "defendant funds"), which were seized on or about October 1, 2020.

   2. The Federal Bureau of Investigation has sent the written notice of intent to forfeit required

1  by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a
2  claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimants has
3  filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

4      3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for
5  forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are
6  subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture
7  proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.
8  That deadline was April 2, 2021.

9      4. By Stipulation and Order filed April 12, 2021, the parties stipulated to extend to July 1,
10 2021, the time in which the United States is required to file a civil complaint for forfeiture against the
11 defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

12     5. By Stipulation and Order filed July 21, 2021, the parties stipulated to extend to August 30,
13 2021, the time in which the United States is required to file a civil complaint for forfeiture against the
14 defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

15     6. By Stipulation and Order filed August 31, 2021, the parties stipulated to extend to
16 September 29, 2021, the time in which the United States is required to file a civil complaint for forfeiture
17 against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to
18 forfeiture.

19     7. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend
20 to November 29, 2021, the time in which the United States is required to file a civil complaint for
21 forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are
22 subject to forfeiture.

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

///

///

8. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to November 29, 2021.

Dated: 9/29/2021                                                  PHILLIP A. TALBERT
                                                                               Acting United States Attorney

                                                          By:    /s/ Kevin C. Khasigian
                                                                               KEVIN C. KHASIGIAN
                                                                               Assistant U.S. Attorney

Dated: 9/29/2021                                                  /s/ Kenneth Rosenfeld
                                                                               KENNETH ROSENFELD
                                                                               Attorney for potential claimant
                                                                               Maria Gonzalez Sanchez

Dated:  9/29/2021                                                 /s/ Allen N. Sawyer
                                                                               ALLEN N. SAWYER
                                                                               Attorney for potential claimant
                                                                               Jose Luis Mendoza Castillo

                                                                               (Signatures authorized by email)

IT IS SO ORDERED.

Dated:  September 30, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

Stipulation and Order to Extend Time