PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $879,643.00 IN U.S. CURRENCY,<br><br>ASSORTED MONEY ORDERS VALUED AT $6,000.00 IN U.S. CURRENCY,<br><br>Defendants. | 2:21-MC-00097-MCE-KJN<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimants Maria Gonzalez Sanchez and Jose Luis Mendoza Castillo ("claimants"), by and through their respective counsel, as follows:

1. On or about January 3, 2021 and January 11, 2021, claimants filed claims in the administrative forfeiture proceeding with the Federal Bureau of Investigation with respect to the Approximately $879,643.00 in U.S. Currency and Assorted Money Orders valued at $6,000.00 in U.S. Currency (hereafter collectively "defendant funds"), which were seized on or about October 1, 2020.

2. The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a

///

1

claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimants has filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was April 2, 2021.

4.      By Stipulation and Order filed April 12, 2021, the parties stipulated to extend to July 1, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5.      By Stipulation and Order filed July 21, 2021, the parties stipulated to extend to August 30, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

6.      By Stipulation and Order filed August 31, 2021, the parties stipulated to extend to September 29, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

7.      By Stipulation and Order filed October 1, 2021, the parties stipulated to extend to November 29, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

8.      By Stipulation and Order filed December 6, 2021, the parties stipulated to extend to January 28, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

9.      By Stipulation and Order filed February 4, 2022, the parties stipulated to extend to March 29, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

Stipulation and Order to Extend Time

10.     By Stipulation and Order filed March 31, 2022, the parties stipulated to extend to May 27, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

11.     By Stipulation and Order filed May 27, 2022, the parties stipulated to extend to July 26, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

12.     By Stipulation and Order filed July 28, 2022, the parties stipulated to extend to September 23, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

13.     By Stipulation and Order filed September 27, 2022, the parties stipulated to extend to October 24, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

14.     By Stipulation and Order filed October 25, 2022, the parties stipulated to extend to December 23, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

15.     By Stipulation and Order filed December 27, 2022, the parties stipulated to extend to January 23, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

16.     By Stipulation and Order filed January 25, 2023, the parties stipulated to extend to February 22, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

17.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to March 24, 2023, the time in which the United States is required to file a civil complaint for forfeiture

///

Stipulation and Order to Extend Time

against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

18.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to March 24, 2023.


Dated: 2/21/2023                                    PHILLIP A. TALBERT
                                                    United States Attorney

                                           By:      /s/ Kevin C. Khasigian
                                                    KEVIN C. KHASIGIAN
                                                    Assistant U.S. Attorney

Dated: 2/21/2023                                    /s/ Kenneth Rosenfeld
                                                    KENNETH ROSENFELD
                                                    Attorney for potential claimant
                                                    Maria Gonzalez Sanchez

Dated: 2/21/2023                                    /s/ Allen N. Sawyer
                                                    ALLEN N. SAWYER
                                                    Attorney for potential claimant
                                                    Jose Luis Mendoza Castillo

                                                    (Signatures authorized by phone)

        **IT IS SO ORDERED**.

Dated:  February 22, 2023

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

4