PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $879,643.00 IN U.S. CURRENCY,<br><br>ASSORTED MONEY ORDERS VALUED AT $6,000.00 IN U.S. CURRENCY,<br><br>Defendants. | 2:21-MC-00097-MCE-KJN<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimants Maria Gonzalez Sanchez and Jose Luis Mendoza Castillo ("claimants"), by and through their respective counsel, as follows:

1.  On or about January 3, 2021 and January 11, 2021, claimants filed claims in the administrative forfeiture proceeding with the Federal Bureau of Investigation with respect to the Approximately $879,643.00 in U.S. Currency and Assorted Money Orders valued at $6,000.00 in U.S. Currency (hereafter collectively "defendant funds"), which were seized on or about October 1, 2020.

2.  The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimants has

filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was April 2, 2021.

4. By Stipulation and Order filed April 12, 2021, the parties stipulated to extend to July 1, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5. By Stipulation and Order filed July 21, 2021, the parties stipulated to extend to August 30, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

6. By Stipulation and Order filed August 31, 2021, the parties stipulated to extend to September 29, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

7. By Stipulation and Order filed October 1, 2021, the parties stipulated to extend to November 29, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

8. By Stipulation and Order filed December 6, 2021, the parties stipulated to extend to January 28, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

9. By Stipulation and Order filed February 4, 2022, the parties stipulated to extend to March 29, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

10. By Stipulation and Order filed March 31, 2022, the parties stipulated to extend to May 27,

2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

11. By Stipulation and Order filed May 27, 2022, the parties stipulated to extend to July 26, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

12. By Stipulation and Order filed July 28, 2022, the parties stipulated to extend to September 23, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

13. By Stipulation and Order filed September 27, 2022, the parties stipulated to extend to October 24, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

14. By Stipulation and Order filed October 25, 2022, the parties stipulated to extend to December 23, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

15. By Stipulation and Order filed December 27, 2022, the parties stipulated to extend to January 23, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

16. By Stipulation and Order filed January 25, 2023, the parties stipulated to extend to February 22, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

17. By Stipulation and Order filed February 22, 2023, the parties stipulated to extend to March 24, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

18. By Stipulation and Order filed March 24, 2023, the parties stipulated to extend to May 23, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

19. By Stipulation and Order filed May 22, 2023, the parties stipulated to extend to August 21, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

20. By Stipulation and Order filed August 17, 2023, the parties stipulated to extend to October 20, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

21. By Stipulation and Order filed October 19, 2023, the parties stipulated to extend to November 20, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

22. By Stipulation and Order filed November 20, 2023, the parties stipulated to extend to January 19, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

23. By Stipulation and Order filed January 24, 2024, the parties stipulated to extend to February 20, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

24. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to March 21, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

25. Accordingly, the parties agree that the deadline by which the United States shall be

///

///

required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to March 21, 2024.

Dated: 2/15/2024                              PHILLIP A. TALBERT
                                              United States Attorney

                                       By:    /s/ Kevin C. Khasigian
                                              KEVIN C. KHASIGIAN
                                              Assistant U.S. Attorney


Dated: 2/15/2024                              /s/ Kenneth Rosenfeld
                                              KENNETH ROSENFELD
                                              Attorney for potential claimant
                                              Maria Gonzalez Sanchez


Dated: 2/15/2024                              /s/ Allen N. Sawyer
                                              ALLEN N. SAWYER
                                              Attorney for potential claimant
                                              Jose Luis Mendoza Castillo

                                              (Signatures authorized by phone)

**IT IS SO ORDERED**.

Dated:  February 26, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE